No. 87–7038. KINSEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–7040. HUMPHREY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–7041. ALLEN v. MOORE ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–7044. RIVERA-LOPEZ v. UNITED STATES; and
No. 87–7074. JIMENEZ-RIVERA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–7045. GALLO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–7080. NORRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–7083. JACOBS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–7087. PARHAM v. WILLIAMS. Cir. Ct. Va., Dinwiddie County. Certiorari denied.

No. 86–1442. DOE v. WEBSTER, DIRECTOR OF CENTRAL INTELLIGENCE. C. A. D. C. Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 87–348. PHILLIPS PETROLEUM CO. v. SHUTTS ET AL. Sup. Ct. Kan. Petition for writ of certiorari and mandamus denied.

No. 87–1481. MORREL ET AL. v. TRINITY BROADCASTING CORP. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE KENNEDY would grant certiorari.

No. 87–1605. SCHOOL BOARD OF PARISH OF LIVINGSTON, LOUISIANA, ET AL. v. LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.